RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Jose Luis Robles-Reyes

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-mj-00823-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| v. | (Second Request) |
| JOSE LUIS ROBLES-REYES, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General of the United States, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Jose Luis Robles-Reyes, that the Preliminary Hearing currently scheduled on February 23, 2026, be vacated and continued to date and time convenient to the Court, but no sooner than sixty (60)days.

This Stipulation is entered into for the following reasons:

1.     The parties are still working towards a preindictment resolution.

2.     The defendant is in custody and agrees with the need for the continuance.

3.     The parties agree to the continuance.

4.    Additionally, denial of this request for continuance could result in a miscarriage of justice.

5.    The additional time requested herein is not sought for purposes of delay, but to allow parties to negotiate.

6.    The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1 (d).

This is the second request for a continuance of the preliminary hearing.

DATED this 11th day of February 2026.

RENE L. VALLADARES                    TODD BLANCHE
Federal Public Defender               Deputy Attorney General of the United States


    /s/ Raquel Lazo                           /s/ Clay Plummer
By_____    By_____
RAQUEL LAZO                           CLAY PLUMMER
Assistant Federal Public Defender     Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

      v.

JOSE LUIS ROBLES-REYES,

        Defendant.

Case No. 2:25-mj-00823-NJK

**ORDER**

    IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Monday, February 23, 2026, at 4:00 p.m. be vacated and continued to April 27, 2026, at 4:00 p.m.

    DATED this 11th of February 2026.

_____
UNITED STATES MAGISTRATE JUDGE